# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1751

_____

Mesba Keder Mossa,              *
                                            *
          Petitioner,           *   Petition for Review from a
                                            *   Decision of the Board of
    v.                          *   Immigration Appeals.
                                            *
Alberto Gonzales, Attorney General   *   [UNPUBLISHED]
of the United States,               *
                                            *
          Respondent.         *

_____

Submitted: December 16, 2005
Filed:  December 28, 2005

_____

Before MELLOY, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Mesba Keder Mossa petitions for review of a final order of the Board of Immigration Appeals.  *See* 8 U.S.C. § 1252.  An Immigration Judge ordered Mossa removed for two prior domestic-battery convictions under Kansas law, pursuant to 8 U.S.C. § 1227(a)(2)(E)(i).  The BIA affirmed the IJ.  Mossa claims that his convictions are not "crimes of domestic violence" against a "protected person" under 8 U.S.C. § 1227(a)(2)(E)(i).  These arguments are without merit.  An alien is deportable if convicted of a crime of domestic violence against any person who is protected under the domestic violence laws of any state.  *See* 8 U.S.C. § 1227(a)(2)(E)(i).  Kansas law protects "household members" who  reside together

from "domestic battery" by other residents of the same household. KAN. STAT. ANN. §§ 21-3412(c)(4) (2000); 21-3412a(c)(1) (2001). As Mossa committed domestic battery against two "household members" – his brother and his cousin – both of his convictions fall squarely within the Act. Accordingly, after a de novo review of the legal determinations, no error of law appears. This court denies Mossa's petition for review. *See* 8th Cir. R. 47B.